# MEMORANDA

OF

## CASES NOT REPORTED IN FULL.

### EDWIN GROAT, Respondent, *v.* LUKE PHILLIPS, Appellant.

*Covenant by husband and wife — when wife not bound by.*

This action was brought on a covenant of seizin contained in a deed executed by both husband and wife, the covenant being in favor of both. The action was brought against the husband alone, the complaint alleging that the wife·joined only to release her dower. The defendant demurred, on the ground that his wife should have been made a party to the action. *Held*, that the demurrer was properly overruled. The covenant did not bind the wife, as the property was not her separate estate; any presumption that it was such, being rebutted by the allegatious of the complaint.

APPEAL from an order overruling a demurrer.

*R. B. Fish*, for the appellant.

*Z. S. Westbrook*, for the respondent.

Opinion by LEARNED, P. J.

Present — LEARNED, P. J., BOARDMAN and JAMES, JJ.

Order affirmed with ten dollars costs, with leave to defendant to answer within twenty days, upon payment of costs of motion below and of this appeal.